Appendix A
United States Courts Southern
District of Texas
FILED
*7/16/2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__HOUSTON__ DIVISION

Juan A. Calzado Gilart §
§
versus § CIVIL ACTION NO. _____
§
Southern Glazer's Wine and §
§
Spirits of Texas, LLC. (SGWS) §
§

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Juan A. Calzado Gilart

   Address: 2414 S Voss Road Apt H-102, Houston, TX 77057

   County of Residence: Harris

3. The defendant is: Southern Glazer's Wine and Spirits of Texas, LLC

   Address: 9350 E Point Dr, Houston, Texas 77054

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on August, 19, 2019. with the Equal Opportunity Commission.

5. On the date of April, 29, 2021. , the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a) ☐ race

   (b) ☐ color

   (c) ☑ sex

   (d) ☐ religion

   (e) ☐ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☑ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☑ other: Created a discriminatorily hostile work environment with moral damages; caused lost of wages, fringe benefits, employee's seniority position, financial hardship(mortgage lost); non disparagement of familiar and self emotional distress.

7. When and how the defendant has discriminated against the plaintiff:

   Discrimination has started on 02/13/2019 when as a Delivery Truck Driver I was assigned with Norma Gonzalez as Driver's Helper, who accussed me on 02/14/2019 with Transportation Man. Mr. Goldstein allegedly of sexual harassment and subjected after to a biased investigation, a prejudiced judgment and wrongfully terminated because of my gender as a male was the main element of conviction for 2 female investigators and 3 female undisclosed witnesses.

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☑ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

(e) ☑ to <u>To payback in full lost wages for regular and OT hours and fringe benefits that were accrued to date, restablish to seniority position with Delivery Route selected and Public Apology with staff and update and compliance with EEOC guidelines in the workplace</u> and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

Juan A. Calzado Gilart

(Signature of Plaintiff)

Address: 2414 S Voss Road Apt H-102, Houston, TX 77057

Telephone: (281) 382-9247