Gmail

Juan Alexander Calzado Gilart <juanalexcalzg4@gmail.com>

# Monthly Conservice Statement for Park at Voss
1 message

**Conservice** <ebill@ebill.conservicemail.com>  Mon, Jun 21, 2021 at 6:55 PM
Reply-To: service@conservice.com
To: juanalexcalzg4@gmail.com

## CONSERVICE The Utility Experts

Your utility statement due on 07/01/2021 is ready. A summary of your charges is below, for the account number ending in 4414. To view the bill or see payment options, please click below.

### Current Rent and Lease Charges

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Rent | 07/01/2021 - 07/31/2021 | $1,279.00 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $0.25 |
| **Rent and Leasing Charges Due 07/01/2021** | | **$1,279.25** |

### Current Utility Charges

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Water Base Charge | 04/13/2021 - 05/10/2021 | $0.30 |
| Drainage | 04/13/2021 - 05/10/2021 | $3.42 |
| Electricity | 04/06/2021 - 05/05/2021 | $60.66 |
| Gas | 04/13/2021 - 05/10/2021 | $10.75 |
| Gas Admin Charge | 04/13/2021 - 05/10/2021 | $3.00 |
| Pest Control | 04/13/2021 - 05/10/2021 | $3.00 |
| Sewer | 04/13/2021 - 05/10/2021 | $69.37 |
| Sewer Base | 04/13/2021 - 05/10/2021 | $0.17 |
| Trash | 04/13/2021 - 05/10/2021 | $21.19 |
| Valet Trash | 04/13/2021 - 05/10/2021 | $25.00 |
| Water | 04/13/2021 - 05/10/2021 | $47.82 |
| **Current Utility Charges** | due the later of 16 days after the statement date listed above or 07/01/2021 | **$244.68** |

| | |
|---|---|
| **Total Current Charges** | $1,523.93 |
| Prior Balance as of 06/15/2021 | $0.00 |
| **Grand Total Due** | **$1,523.93** |

**VIEW STATEMENT**

**PAY BILL**

**ENROLL IN CONSERVICE ENERGY**

www.conservice.com | opt out

Please do not reply to this e-mail. If you need to contact Conservice, please call toll-free 1-866-947-7379.

# xfinity mobile 

Activity    Billing    Devices    Settings

Billing / Next bill due

## Next bill due



## $15.63

Closed billing cycle: **MAY 25 - JUN 24**

Auto-pay will occur on: **JUL 15**

We'll use the card on file to automatically pay your balance due on Jul 15. If you'd like to pay your balance before then, select Make a Payment.

**Make a Payment**

Statement: May 25 - Jun 24      $15.63

Amount due      $15.63

Xfinity Mobile Account # 1000978410

 Payment method

Card details | Update card

Xfinity Mobile

# xfinity mobile 

## Xfinity Assistant 💬

Get 24/7 help with any questions you have.

Ask Xfinity

**XFINITY MOBILE CUSTOMER AGREEMENTS & POLICIES**

**XFINITY.COM**     **TERMS OF SERVICE**

**PRIVACY POLICY**

**DO NOT SELL MY PERSONAL INFORMATION**

**AD CHOICES** ▷     **EN | ES**

Comcast © 2021. All rights reserved. The Xfinity Mobile logo and New Network mark ("O") are the trademarks of Comcast Corporation or its subsidiaries.

# Billing

Want to change when your bill is due each month?
No problem! Simply choose a day that works for you. Get Started

## Bill Summary

Want to learn more about your charges?
Ask Xfinity (https://www.xfinity.com/xfinityassistant?intent=skill.billing.bill)

| | |
|---|---:|
| New charges due July 16, 2021 | $153.92 |
| Recent payments and credits ⓘ | $0.00 |
| Total balance due | $153.92 |

View Bill Details        Make a Payment (https://payments.xfinity.com/new)

Upcoming payments                                                       $0.00
View Details

Set Up Automatic Payments
(https://payments.xfinity.com/autopay)

Paperless Billing is On

## Common Solutions

Bill and Payment Settings

View Bill History

Service Rates in Your Area (https://www.xfinity.com/support/rate-card)

Change Plan (https://www.xfinity.com/buy/plan/gbboffers)

View Call Log (/apis/bill/call-log)

# Upcoming and Pending Payments

Payments scheduled for future dates will appear here.

# Recent Payments and Credits

Payments towards your current bill will appear here as you make them along with any credits applied.

# Recent Charges
If you had a problem with a past rental or purchase, you can check to see if you're eligible for a credit. (https://xfinity.com/support/account-management/credits/video/details?origin=maw-billing)

**MON, MAY 24**
Additional usage
International Calls

$12.74

# COANE AND
# ASSOCIATES, PLLC

| HOUSTON OFFICE | HALLANDALE BEACH OFFICE | MIAMI OFFICE |
| --- | --- | --- |
| 5177 Richmond Avenue | 1250 E. Hallandale Beach Blvd. | 1688 Meridian Ave. |
| Suite 770 | Suite 303 | 7th Floor |
| Houston, Texas 77056 | Hallandale Beach, Florida 33009 | Miami Beach, Florida 33139 |
| Phone (713) 850 0066 | Phone (305) 538 6800 | Phone (305) 538 6800 |

houstonlaw@aol.com
www.coane.com

June 1, 2021

Juan Alexander Calzado Gilart
2414 South Voss Rd., Apt. H-109
Houston, TX 77057

VIA EMAIL ONLY:   juanalexcalzg4@gmail.com

Re:  Juan Calzado v. Southern Glazer's Wine and Spirits

Dear Mr. Calzado:

As you know, the EEOC has closed your case and issued your Notice of Right to Sue letter. I have forwarded with this email the company's response to our settlement demand. As you will see, they are not interested in settling.

In the meantime, the only other option is to file a lawsuit. We would be happy to do that, and hopefully that will prompt SGWS to want to settle. If you would like us to file a lawsuit, we would need an initial deposit of $30,000, plus $402 for the court's filing fee. We will bill against that amount at our hourly rates. If the case gets resolved before the $30,000 has been spent, you will receive the remainder back from us. However, if we end up billing more than the $30,000, you will need to pay us as the fees accrue. You may pay all or a part of these fees with a credit card, but for the $402 filing fee, if you pay by credit card, there will be an additional cost of 8%, or $32.16.

Please pay the $30,000 plus $402 by June 15, and we will get right to work on the lawsuit. If you have any questions, feel free to contact me or Mr. Coane.

Sincerely,

/s/ Lisa Kuhlman
Lisa Kuhlman

June 9, 2021

Bruce A. Coane, Attorney

Lisa Kuhlman, Attorney

Coane & Associates, PLLC

VIA EMAIL ONLY: bruce.coane@gmail.com

lisa.kuhlman@coane.com

Dear Mr. Coane & Ms. Kuhlman,

I would like to acknowledged the legal services and counseling provided by you Mr. Bruce A. Coane and your team of competent associates involved in my case that include Ms. Lisa Kuhlman and previously Mr. Ariel Hassine, during the process of investigation and **Notice of Suit Rights** released by the EEOC that started back October 25, 2019 under the Charge # 510-2019-05918.

Nevertheless, it is with heavy heart and troubled mind, as a consequence of the crushing impact over my current financial situation that have been created for me and my family by the Covid-19 Pandemic's nightmare as the main reason for my employment instability throughout these last 15 months as it has been happening in our country and worldwide for most of the people; that I won't be able to secure your legal services for this crucial next step because I literally cannot afford it.

I had exhausted all kind of possible sources to get the funds required for continuing using your services over a period of the last 3 months unsuccessfully, because the lack of assets, the scarce savings previously earned were sucked, besides new debts were acquired trying to provide for my family of 5 that includes 3 little children with shelter, food, transportation, medical attention and wellbeing in such difficult times.

Therefore, I am planning to notify the assigned EEOC investigator Ms. Wooten, in order to let her know my decision of interrupting our Attorney-Client relationship for the next step of filing a lawsuit due to the financial hardship that I have been experiencing causing my withdrawal and it might as well determine if I further pursue my rights for justice to be served and fair compensation for the stain and damages caused by my former employer Southern Glazer's Wine & Spirits after my wrongful termination under such false arguments.

Always grateful,

Juan A. Calzado Gilart

P.S. Please R.S.V.P. as an acknowledgement of reception.

PAUL FURRH, JR.
Attorney at Law
Chief Executive Officer

ROSLYN O. JACKSON
Directing Attorney

LINDSAY EUSTACE
Managing Attorney



**Lone Star Legal Aid**
PUBLIC BENEFITS UNIT

June 21, 2021

Juan Alexander Calzado Gilard
2414 S Voss Rd H102
Houston, TX 77057

    RE:    Calzado Gilard / LEGAL AID APPLICATION NUMI
            21 Employment Discrimination
            Application for Legal Services Closing Letter

Dear Mr. Calzado Gilard:

    Thank you for contacting Lone Star Legal Aid for help with you[r]
pleasure talking to you. We advised you of the EEOC evaluation process
you have received the Right to Sue Notice. We advised you that your
case in Federal District Court is July 28, 2021 and that we cannot repr[esent]
We are not able to help everyone who applies because we do not have
advice we gave you is all the help we can give you. **Your file is now clo[sed.]**

    There are some other places you can go to get help. You can cal[l]
Lawyer Referral Service at 1-800-252-9690. You can also go online
website at www.texaslawhelp.org for more legal help. You can also loo[k]
we are sending with this letter.

    Feel free to call us if you have any other legal problems.

                      Very Truly Yours,



                      Gloretta Thornton, Paralegal

GT/LRL
Enclosure(s): *LSLA Notice of Rights*
                 *Local Resources*

*Serving the East Region of Texas since 1948*
Beaumont, Belton, Bryan, Clute, Conroe, Galveston, Houston, Longview, Nacogdoches, Paris, R[...]


 **Gmail**             Juan Alexander Calzado Gilart <juanalexcalzg4@gmail.com>

---

## Charge # 510-2019-05918 Juan A. Calzado Gilart vs. Southern Glazer's Wine & Spirits

4 messages

---

**Juan Alexander Calzado Gilart** <juanalexcalzg4@gmail.com>           Wed, Jun 9, 2021 at 9:16 PM
To: jeanette.wooten@eeoc.gov

June 09, 2021

Jeanette Wooten
Federal Investigator
US EEOC-Miami District Office
(786) 648-5798

Hello Ms. J. Wooten.
I hope this email finds you well and I would like to introduce myself to you:
I am Juan A. Calzado Gilart, the Charging Party of Charge # 510-2019-05918 vs. Southern Glazer's Wine & Spirits, that recently your organization released the Notice of Suit Rights, in order to resolve the dispute that I hold against my former employer for wrongful termination under false pretenses.
I am attaching to this email the files that explain Why I am no longer represented by the Attorneys Bruce A. Coane and Lisa Kuhlman from Coane & Associates PLLC. due to my actual financial incapacity to fulfil the fees requested by their organization in order to file a lawsuit?
Please, I would like to appeal for your help in order to receive assistance to obtain a Representation with an Attorney PRO BONO or any other viable solution from your Attorney Referral and EEOC Assistance in my case. Therefore, I am requesting advice about which U.S. District Court having jurisdiction over my case should be hearing it, as well as asking for an inspection and copy of the information contained in EEOC's File on the Charge so I can speedily supply that information within the time frame remaining for filing the lawsuit in court.
I unsuccessfully spent a valuable time trying to get a loan for the funds in order to afford the honoraries requested by my attorney. But actually under my current financial conditions related to absence of income due to unemployment, lack of physical assets and debts, with only my character and credit report as a source of credit worthiness was not enough.
I prayed this request would land in sensitive ears, so I can obtain ASAP the most needed help.
Best Regards,
Juan A. Calzado Gilart
Email address: juanalexcalzg4@gmail.com
Phone: (281) 382-9247
Mail Address: 2414 S Voss Rd Apt. H-102, Houston, TX 77057

---

**2 attachments**

- 📎 **Letter of Notification.pdf**
  99K

- 📎 **Coane vs SGW&S.pdf**
  332K

---

**Juan Alexander Calzado Gilart** <juanalexcalzg4@gmail.com>           Tue, Jun 15, 2021 at 12:49 PM
To: "gthornton@lonestarlegal.org" <gthornton@lonestarlegal.org>

[Quoted text hidden]

---

**2 attachments**

- 📎 **Letter of Notification.pdf**
  99K

- 📎 **Coane vs SGW&S.pdf**
  332K

**Juan Alexander Calzado Gilart** <juanalexcalzg4@gmail.com>  Fri, Jun 18, 2021 at 9:42 AM
To: jeanette.wooten@eeoc.gov

Hello Ms. J. Wooten,
I hope all is well with you and since I have not received any feedback from you during these past 9 days, I decided to write again to you requesting information related to what U.S. Court should have jurisdiction to hear my case as well as receiving assistance through the EEOC Lawyer Referral System in order to get assistance with my representation.
Please, I am also asking for access to the files in the Charge # 510-2019-05918 vs. Southern Glazer's Wine & Spirits, so let me know what channel that will be used to fulfill my request.
Please acknowledge receipt of this email and I will be waiting for your response at your earliest convenience. My efforts have not been fruitful in regards to these matters lately, but thanks to the Lord, I am very focused and persistent despite challenging circumstances.
Sincerely,
Juan Calzado Gilart
[Quoted text hidden]

---

**JEANETTE WOOTEN** <JEANETTE.WOOTEN@eeoc.gov>  Mon, Jun 21, 2021 at 5:31 AM
To: Juan Alexander Calzado Gilart <juanalexcalzg4@gmail.com>

Mr. Gilart,

I have attached the information on how to make a FOIA request, as well as the attorney referral lists that we have in our office. You would need to contact them directly for any further information. You can also do a google search for any other lawyers in your area.

[Quoted text hidden]

---

**3 attachments**


**FOIA Requests.pdf**
157K

**MIAMI - FT. LAUDERDALE.DOC.pdf**
589K

**FORT MYERS.doc**
47K

TEXAS HEALTH AND HUMAN SERVICES
P O BOX 149029
AUSTIN, TEXAS 78714-9029


TEXAS
Health and Human Services

| Date: | 01/17/2021 |
|---|---|
| Case Number: | 1032276505 |

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability, call 7-1-1 or any relay service.
**All numbers are free to call.**

LIANET MUNOZ REYES
APT H102
2414 S VOSS RD
HOUSTON TX 77057-4136

# Notice about your case:
## SNAP Food Benefits
**EDG number: 664979886**

| Who gets SNAP Food Benefits |||
|---|---|---|
| Name | Date | Monthly Amount |
| Hope Alexandra Calzado Munoz; John Alexander Calzado munoz; Rachel Alexandra Calzado Munoz; Lianet Munoz Reyes; Juan Alexander Calzado Gilart | 02/01/2021 - 03/31/2021 | $ 490.00 |
| Notes: |||
| Your SNAP benefits will be available by the 11th of each month. (If this is your first time getting benefits, you may get them early for the first few months.)<br><br>Benefit amounts for many people have changed. This is due to new federal and state laws or rules. Changes go into effect January 1, 2021. |||

## Facts we have about your case:

| Money coming into your home (income) |||||
|---|---|---|---|---|
| Month | Person who gets the money | Type of money | Where the money comes from | Monthly amount before taxes (gross) |
| February 2021 - March 2021 | Juan Alexander Calzado Gilart | Unearned Income | Unemployment Compensation | $ 2,261.14 |

Form TF0001/Dec 2018                                                                                                          Page 1 of 3

| Costs that lower your income (deductions) | | | |
|---|---|---|---|
| Month | Type of cost | Cost | Deduction |
| February 2021-March 2021 | Shelter | $ 1,685.00 | $ 586.00 |


TEXAS
Health and Human Services

# Other help you can get and your rights:

## www.YourTexasBenefits.com
Go to this website to view your case, report changes to your case, renew benefits, order or print a Medicaid card, see items we need from you, upload files we need from you, and find out if we got items you sent us.

## Women who can't get Medicaid or CHIP:
Women age 15 to 44 who can't get Medicaid or CHIP might be able to get services in the Healthy Texas Women program. A Parent or legal guardian must apply for young women age 15 to 17. To learn more, go to HealthyTexasWomen.org or call 1-866-993-9972.

## Questions about your case or this form?
Go to www.YourTexasBenefits.com. Or call 2-1-1 (or 1-877-541-7905). After you pick a language, press 2.

## Notice to those who work for themselves (self-employed):
A person is self-employed if they either: (1) own a business, or (2) work for someone who doesn't take out taxes. Self-employed people must keep detailed records of the money they make. When they apply or re-apply for benefits, they must show records like bills, receipts, checks, and pay stubs.

## If you have a complaint:
Call 2-1-1 or 1-877-541-7905 (after you pick a language, press 2). If you still need help, call the Office of the Ombudsman at 1-877-787-8999. All numbers are free to call.

## Your right to be treated fairly:

If you think you have been treated unfairly (discriminated against) because of race, color, national origin, age, sex, disability, political beliefs, or religion, you can file a complaint. Contact us by:

**Mail:** Texas Health and Human Services
Civil Rights Office
701 W. 51st St.
MC W-206
Austin, TX 78751

**Phone:**
1-888-388-6332

**Fax:**
(512) 438-5885

**Email:**
HHSCivilRightsOffice@hhsc.state.tx.us

You can also file a complaint with the U.S. Department of Health and Human Services (US DHHS) Office for Civil Rights (OCR):

**Phone:**
800-368-1019
800-537-7697(TTY)

**Email:**
OCRComplaint@hhs.gov

If you are applying for SNAP or get SNAP and you have been treated unfairly (discriminated against) you also can contact the USDA:

**Mail:** U.S. Department of Agriculture
Office of the Assistant Secretary for Civil Rights
1400 Independence Ave., SW
Washington, D.C. 20250-9410

**Fax:**
(202) 690-7442

**Email:**
program.intake@usda.gov

Form TF0001/Dec 2018

Page 3 of 3