United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN A. CALZADO GILART, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-2357 |
| § | |
| SOUTHERN GLAZER'S WINE AND § | |
| SPIRITS OF TEXAS, LLC, § | |
| § | |
| Defendant. § | |

**MEMORANDUM AND ORDER ON PLAINTIFF'S MOTIONS**

Juan A. Calzado Gilart has sued his former employer, Southern Glazer's Wine and Spirits of Texas, LLC, representing himself. Gilart alleges that he was discriminatorily fired from his job with Southern Glazer's. He has filed a number of motions, addressed below.

Gilart moves for an order establishing additional time to exchange information under the Initial Discovery Protocols for Employment Cases. (Docket Entry No. 15). It appears that he has provided the information; it is unclear if Southern Glazer's has done so. The court sets November 19, 2021, as the deadline. The motion is otherwise denied.

Gilart moves to add a new party, but this is apparently a "new venture business for profit, that might be interested in hiring and sponsoring him during the pursu[it] of the case." (Docket Entry No. 22). There is no need to, or basis for, adding such a party plaintiff. The motion is denied.

Gilart also moves to be allowed to create an account for electronic service. (Docket Entry No. 23). Because his motion is inconsistent with the general policy of this court, it is denied.

Finally, Gilart moves for a jury trial. (Docket Entry No. 24). Issues that are triable to a jury will be so tried. The motion is granted to that extent.

SIGNED on November 2, 2021, at Houston, Texas.

                                                    Lee H. Rosenthal
                                       Chief United States District Judge