United States District Court
Southern District of Texas
**ENTERED**
December 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN A. CALZADO GILART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 21-2357 |
| | § | |
| SOUTHERN GLAZER'S WINE AND SPIRITS OF TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order entered on December 30, 2022, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on December 31, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge